AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.

Larry Lee Traylor

Defendant(s)

Case No. 2:21-MJ-192

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  03/18/2021  in the county of  Franklin  in the
Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of a Firearm or Ammunition by a Previously Convicted Felon |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

_____
Complainant's signature

Aaron Green, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence. VIA Facetime.

Date: March 22, 2021

City and state: Columbus, OH

_____
Judge's signature

Elizabeth Preston Deavers, U.S. Magistrate Judge
Printed name and title



## ATTACHMENT A

I, Aaron Green, being duly sworn, depose and state that:

I have been a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since November of 2017. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program. I was a member of the Federal Air Marshal Service, with the Department of Homeland Security, from December 2010 to July 2016 and a graduate of the Federal Law Enforcement Training Center, Federal Air Marshal Training Program. I worked as a patrol officer for the Columbus Police Department in Columbus Ohio from December 2000 to December 2010 and from April 1998 to December 2000 I was employed as a patrol officer for the Suffolk Police Department in Suffolk, Virginia. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of a criminal complaint against Larry Lee TRAYLOR, DOB 01/20/1970, for a violation of Title 18, U.S.C., Section 922(g)(1) - Possession of a Firearm and/or Ammunition by a Convicted Felon. The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related police reports, and other sources of information relative to firearms investigations. This affidavit is intended to set forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

2. On or about March 18, 2021, Columbus Police Department (CPD) Officers were dispatched to the area of South James Road and Brownlee Avenue in Columbus, Ohio Ave on the report of a vehicle blocking traffic with the driver unresponsive. The Officers observed a black 2011 Chevy Malibu, Ohio license JGM1240, in the roadway in front of 1030 S. James Rd. The vehicle had a single occupant, later identified as TRAYLOR, who appeared to be unresponsive in the driver's seat. Officers arrived and knocked on the glass of the vehicle, causing TRAYLOR to awaken. As TRAYLOR awoke, Officers observed a small silver handgun in plain view in the center console cup holder between the driver's seat and front passenger seat. Officers removed TRAYLOR from the vehicle, placing him in handcuffs, without further incident.

Officers drove the vehicle to the side of the road and donned latex gloves to retrieve the firearm from the cup holder. The firearm was found to be a Phoenix Arms Raven .25 ACP pistol, with serial number 3018694. The Phoenix Arms Raven .25 ACP pistol, with serial number 3018694 had one live round of ammunition in the chamber and three live rounds of ammunition in the seated magazine.

Officers conducted an inventory search of the vehicle, incident to arrest, and located a baggie containing several smaller baggies of suspected cocaine/crack cocaine under the driver's seat near where the driver's right leg would be. The total weight of the suspected

driver's seat near where the driver's right leg would be. The total weight of the suspected narcotics was found to be 24.4 Grams.

3. On March 18, 2021, ATF SA Green was contacted by a CPD Detective in reference to TRAYLOR and the Phoenix Arms Raven .25 ACP pistol, with serial number 3018694. SA Green reviewed TRAYLOR'S criminal history and confirmed that TRAYLOR is a convicted felon.

4. On or about March 19, 2021, ATF SA Jason Burns determined, based on the description of the Phoenix Arms Raven .25 ACP pistol, with serial number 3018694, that the firearm was not manufactured in the State of Ohio and would have affected interstate and/or foreign commerce to arrive in Ohio.

5. Your affiant previously received a copy of a judgment order from the United States District Court for the Southern District of Ohio Eastern Division relating to a felony conviction for TRAYLOR, which revealed the following: on September 14, 1993 in the United States District Court for the Southern District of Ohio Eastern Division, Case Number CR2-93-67(3), TRAYLOR was adjudged guilty of the following felony offenses: Conspiracy to Distribute More Than Five Grams of Cocaine Base and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (U.S.C. 21 846), Distribution of Over 5 Grams of Cocaine Base (U.S.C. 21 841(a)(1) and 21 841(b)(1)(B)(iii), and Carrying a Firearm During the Commission of a Drug Trafficking Crime (U.S.C. 924(c). These offenses were punishable by a prison term exceeding one (1) year. TRAYLOR was also aware of that these violations were punishable by a prison term exceeding one (1) year. Additionally, on September 13, 2011, TRAYLOR admitted to violating the terms of his supervised release by the Commission a State Crime and Failure to Notify Probation Officer of Arrest, for which TRAYLOR was committed to the custody of the United States Bureau of Prisons for one (1) day and placed on supervised released for three (3) years.

6. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with federal firearms violations, your affiant believes that probable cause exists to believe that on or around March 18, 2021, Larry Lee TRAYLOR, a previously convicted felon, did possess a firearm which was not manufactured in the State of Ohio and therefore travelled in and/or affected interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Aaron Green, ATF Special Agent

Sworn to before me and signed in my presence.

AO 91 (Rev. 11/11) Criminal Complaint

_____
Honorable Elizabeth Preston Deavers
United States Magistrate Judge

_____
March 22, 2021
Date

